[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-13751
_____

D.C. Docket No. 1:16-cv-21368-KMW


RON GOINS,

Plaintiff-Appellant

versus

CARNIVAL CORPORATION,
a Panamanian Corporation
d.b.a. Carnival Cruise Line,

Defendant,

ROYAL CARIBBEAN CRUISES LTD.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(December 18, 2018)

Before JORDAN, GRANT and HULL, Circuit Judges.

PER CURIAM:

In this maritime personal injury action, plaintiff Ron Goins appeals the July 20, 2017 final judgment entered in favor of defendant Royal Caribbean Cruises Ltd. ("Royal Caribbean") on his negligence claims. Specifically, in this action, plaintiff Goins claimed that defendant Royal Caribbean is liable for the injuries he suffered when he tripped and fell during a cruise ship game. After thorough discovery and a four-day trial, the jury returned a verdict in favor of defendant Royal Caribbean. Given the parties' familiarity with the facts of this case, we need not recount them here.

In this appeal, plaintiff Goins raises a host of issues and arguments. Among other things, he challenges the district court's pretrial rulings that he alleges improperly narrowed the negligence case he was allowed to present to the jury. After review of the entire record and with the benefit of oral argument, we conclude that plaintiff Goins has not shown any reversible error, and we affirm the July 20, 2017 final judgment in favor of the defendant Royal Caribbean.

**AFFIRMED.**